FILED
CLERK, U.S. DISTRICT COURT
MAY -8 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Cifuentes<br>　　　　　　Defendant. | Case No.: 15MJ867<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Dist AZ___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.　☒　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___PSR/b/a___

1
2 _____
3 _____
4     and/or
5 B.  ( )  The defendant has not met his/her burden of establishing by
6    clear and convincing evidence that he/she is not likely to pose
7    a danger to the safety of any other person or the community if
8    released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9    on:_____
10 _____
11 _____
12 _____
13 _____
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated:  5/8/15
18
19
20                                     _____
21                                     UNITES STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28